WILLIAM B. MERSEREAU, Respondent, *v.* WESTERN NEW YORK AND PENNSYLVANIA RAILWAY COMPANY et al., Appellants.

*Mersereau* v. *Western N. Y. & Pa. Ry. Co.*, 129 App. Div. 932, affirmed.
(Argued April 7, 1910; decided April 26, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 14, 1909, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover excessive freight charges alleged to have been made in violation of an express agreement fixing the rate thereof.

*Allen J. Hastings* for appellants.

*Creighton S. Andrews* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

NICHOLAS LA FORGE et al., Appellants, *v.* ABRAHAM LATOURETTE et al., Respondents.

*La Forge* v. *Latourette*, 129 App. Div. 447, affirmed.
(Argued April 8, 1910; decided April 26, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 8, 1909, affirming a judgment in favor of defendants entered upon a dismissal of the complaint in an action to establish a trust in certain real property.

*George Bell* and *Benjamin Patterson* for appellants.

*Louis S. Phillips* and *William F. Unger* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.